SUSKI v USEWICK, No. 151285; Court of Appeals No. 322895.

KANG v REGENTS OF THE UNIVERSITY OF MICHIGAN, No. 151287; Court of Appeals No. 318221.
BERNSTEIN, J., did not participate due to a familial relationship.

PEOPLE v BAKER, No. 151289; Court of Appeals No. 319304.

PEOPLE v BEAMON, No. 151291; Court of Appeals No. 324682.

PEOPLE v HATTON, No. 151301; Court of Appeals No. 325329.

PEOPLE v BREWINGTON, No. 151307; Court of Appeals No. 325474.

PEOPLE v MCGAUGHY, No. 151321; Court of Appeals No. 325274.

PEOPLE v GRABON, No. 151326; Court of Appeals No. 324845.

TKMS LTD v MICHIGAN COMPENSATION APPELLATE COMMISSION, No. 151333; Court of Appeals No. 324003.

PEOPLE v CARGLE, No. 151345; Court of Appeals No. 320389.

PEOPLE v BLACKMER, No. 151370; Court of Appeals No. 318858.

PEOPLE v JONES, No. 151380; Court of Appeals No. 325497.

GRIEVANCE ADMINISTRATOR v DUNCHOCK, No. 151395.

OLIVARES v PERFORMANCE ABATEMENT SERVICES, No. 151396; Court of Appeals No. 325738.

TCF NATIONAL BANK v SHEENA, No. 151488; Court of Appeals No. 324780.

PEOPLE v ORLEWICZ, No. 151576; Court of Appeals No. 324161.

PEOPLE v YEITER, No. 151666; Court of Appeals No. 325990.

PEOPLE v BERRIMAN, No. 151703; Court of Appeals No. 324797.

*In re* JMD, No. 151718; Court of Appeals No. 324899.

*In re* JSF, No. 151733; Court of Appeals No. 322859.

ADKINS v ADKINS, No. 151804; Court of Appeals No. 326742.

*Reconsideration denied July 28, 2015:*

INTERNATIONAL OUTDOOR, INC v CITY OF ROSEVILLE, No. 149462; Court of Appeals No. 313153. Leave to appeal denied at 497 Mich 952.

KELLY v STREETER, No. 149531; Court of Appeals No. 318629. Leave to appeal denied at 497 Mich 952.

BIUNDO v MAHAL, No. 149597; Court of Appeals No. 313569. Leave to appeal denied at 497 Mich 952.